Lori N. Brown (SBN: 027952)
Gordon Rees Scully Mansukhani, LLP
Two North Central Avenue Suite 2200
Phoenix, AZ 85004
Telephone: (602) 794-3651
Facsimile: (602) 265-4716
lbrown@grsm.com

Thomas C. Blatchley (PHV)
Andrew D. Bullard (PHV)
Gordon Rees Scully Mansukhani, LLP
One Financial Plaza
755 Main Street, Suite 1700
Hartford, CT 06103
Telephone: (860) 494-7525
abullard@grsm.com
*Attorneys for Defendant Eleazar Medrano
And Natosha Moore*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| CHRISTOPHER SCHULTZ,<br><br>                    Plaintiff,<br><br>vs.<br><br>HOMESMART INTERNATIONAL, LLC; NATOSHA MOORE; AND ELEAZAR MEDRANO,<br><br>                    Defendants. | **CASE NO. 2:24-cv-01694-JJT**<br><br>**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL IN SAME FIRM FOR ELEAZAR MEDRANO AND NATOSHA MOORE** |

Notice is hereby given that Andrew D. Bullard with Gordon Rees Scully Mansukhani, LLP is appearing as additional counsel of record for Defendants Eleazar Medrano and Natosha Moore ("Defendants"). Lori N. Brown and Gordon Rees Scully Mansukhani, LLP will remain as counsel of record for Defendants. All mailings, filings, and other documents for this matter may be provided to the following addresses:

Lori N. Brown (SBN: 027952)
Gordon Rees Scully Mansukhani, LLP
Two North Central Avenue Suite 2200
Phoenix, AZ 85004
Telephone: (602) 794-3651
lbrown@grsm.com

-1-

Thomas C. Blatchley (PHV)
Andrew D. Bullard (PHV)
Gordon Rees Scully Mansukhani, LLP
One Financial Plaza
755 Main Street, Suite 1700
Hartford, CT 06103
Telephone: (860) 494-7525
tblatchley@grsm.com
abullard@grsm.com

Dated this 16th day of October, 2024.

**GORDON REES SCULLY MANSUKHANI, LLP**

By: ___*/s/ Andrew D. Bullard*___
     Andrew D. Bullard
     Attorney for Defendants Eleazar
     Medrano and Natosha Moore

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing thereby transmitting a notice of electronic filing to all counsel and parties of record.

                                                */s/ Andrew D. Bullard*
                                                    Andrew D. Bullard