# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher Schultz, | No. CV-24-01694-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| HomeSmart International LLC, *et al.*, | |
| Defendants. | |

A Notice of Settlement with respect to Defendants HomeSmart International LLC and HomeSmart, LLC only (Doc. 61) having been filed,

**IT IS ORDERED** that Plaintiff's claims will be dismissed with prejudice as to Defendants HomeSmart International LLC and HomeSmart, LLC only, 60 days after the docketing of this Order unless Plaintiff or Defendants HomeSmart International LLC and HomeSmart, LLC file a stipulation to dismiss prior to that date. The settlement constitutes an accord that has extinguished the underlying claim as to these two parties only. All pending hearings and motions relating to Plaintiff and Defendants HomeSmart International LLC and HomeSmart, LLC are deemed moot.

Dated this 13th day of August, 2025.

Honorable John J. Tuchi
United States District Judge