1  Lori N. Brown (SBN: 027952)
   **GORDON REES SCULLY MANSUKHANI, LLP**
2  Two North Central Avenue Suite 2200
   Phoenix, AZ 85004
3  Telephone: (602) 794-3651
   Facsimile: (602) 265-4716
4  lbrown@grsm.com

5  Thomas C. Blatchley (PHV)
   Andrew D. Bullard (PHV)
6  **GORDON REES SCULLY MANSUKHANI, LLP**
   One Financial Plaza
7  755 Main Street, Suite 1700
   Hartford, CT 06103
8  Telephone: (860) 494-7525
   tblatchley@grsm.com
9  abullard@grsm.com
   *Attorney for Defendant Eleazar Medrano*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher Schultz,<br><br>            Plaintiff,<br><br>vs.<br><br>HomeSmart, LLC, HomeSmart International, LLC, Natosha Moore, and Eleazar Medrano,<br><br>            Defendants. | **CASE NO. 2:24-cv-01694-JJT**<br><br>**DEFENDANT ELEAZAR MEDRANO'S NOTICE OF SETTLEMENT** |

Defendant Eleazar Medrano ("Medrano"), by and through undersigned counsel, hereby notifies the Court that the parties recently participated in two mediation sessions with the Honorable David E. Jones, Ret., and that Medrano, in conjunction with the HomeSmart entities and Plaintiff, have reached an agreement in principle to dismiss Plaintiff's claims, which will result in the dismissal of Plaintiff's claims against all defendants in the action. Medrano anticipates Plaintiff will file a dismissal with

prejudice as to all of Plaintiff's individual claims, including those against Medrano, within 60 days.

Accordingly, Defendant Medrano respectfully requests that all current deadlines in the action be suspended pending the filing of the dismissal.

Dated: August 15, 2025

***Attorneys for Defendant Eleazar Medrano***

/s/ Thomas C. Blatchley
Thomas C. Blatchley, Esq. (PHV)
Andrew D. Bullard, Esq. (PHV)
Lori N. Brown (027952)
Gordon & Rees, Scully Mansukhani LLP
One Financial Plaza
755 Main Street, Ste. 1700
Hartford, CT 06103
Tel: (860) 494-7525
Fax: (860) 560-0185
tblatchley@grsm.com
abullard@grsm.com
lbrown@grsm.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on August __, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing thereby transmitting a notice of electronic filing to all counsel and parties of record.

               /s/ Thomas C. Blatchley
               Thomas C. Blatchley, Esq.

_____