# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher Schultz, | No. CV-24-01694-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| HomeSmart International LLC, *et al.*, | |
| Defendants. | |

A Notice of Settlement with respect to Defendant Eleazar Medrano only (Doc. 63) having been filed,

**IT IS ORDERED** that Plaintiff's claims will be dismissed with prejudice as to Defendant Eleazar Medrano only, 60 days after the docketing of this Order unless Plaintiff or Defendant Eleazar Medrano file a stipulation to dismiss prior to that date. The settlement constitutes an accord that has extinguished the underlying claim as to this party only. All pending hearings and motions relating to Plaintiff and Defendant Eleazar Medrano are deemed moot.

Dated this 18th day of August, 2025.

Honorable John J. Tuchi
United States District Judge