# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher Schultz, | No. CV-24-01694-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| HomeSmart International LLC, *et al.*, | |
| Defendants. | |

Upon review of the parties' Stipulation of Voluntary Dismissal (Doc. 69), and good cause appearing,

**IT IS ORDERED** granting the Stipulation of Voluntary Dismissal (Doc. 69).

**IT IS FURTHER ORDERED** that the claims asserted by Plaintiff against Defendants in his individual capacity are dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

**IT IS FURTHER ORDERED** that the claims asserted by Plaintiff on behalf of a putative class are hereby dismissed without prejudice.

**IT IS FURTHER ORDERED** that all deadlines are vacated.

**IT IS FURTHER ORDERED** directing the Clerk to close this matter.

Dated this 29th day of September, 2025.

Honorable John J. Tuchi
United States District Judge